UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02342-RMR-MEH

GARY FOOTE,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

### STATE FARM FIRE AND CASUALTY COMPANY'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

State Farm Fire and Casualty Company ("State Farm"), by and through its undersigned counsel, hereby submits it Unopposed Motion to Extend Discovery Deadline as follows:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for State Farm conferred with counsel for Plaintiff regarding the relief requested in this Motion and Plaintiff does not oppose the relief requested herein.

### MOTION

1. Good cause exists to extend the discovery deadline in this case. "Demonstrating good cause under the rule 'requires the moving party to show that it has been diligent in attempting to meet the deadlines, which means it must provide an adequate explanation for any delay.'" *Strope v. Collins*, 315 F. App'x 57, 61 (10th Cir. 2009), quoting *Moothart v. Bell*, 21 F.3d 1499, 1504 (10th Cir. 1994).

2. Pursuant to the Court's Minute Order (EFC No. 63) entered on April 4, 2022, the deadline for the parties to conduct outstanding depositions and related filings discussed in the Parties' Joint Motion to Amend Scheduling Order (EFC No. 61) is May 31, 2022.

3. The parties have in good faith and diligently attempted to meet the current deadline. However, as stated in the Parties' Joint Motion to Amend Scheduling Order, State Farm's designated representative was unavailable for his deposition due to surgery. Further, illness with COVID-19 has complicated and delayed the scheduling of depositions. The parties are continuing to confer in good faith and working on scheduling the outstanding depositions.

4. Therefore, State Farm respectfully requests a sixty-day extension of time, up to and including August 1, 2022, in which to complete outstanding depositions and related filings.

5. No trial date has been set in this matter.

6. This request will not prejudice any party or unduly delay these proceedings. Further, this request is in the interest of justice and fairness.

7. Plaintiff does not oppose the relief requested in this motion.

8. This is the second request State Farm has made to extend the discovery deadline.

9. Consistent with D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion is being contemporaneously served upon his client.

## CONCLUSION

For these reasons, State Farm respectfully requests that the Court enter an order granting this Motion and permitting the parties an extension of time, up to and including August 1, 2022, in which to conduct outstanding deposition and related filings.

Dated:  May 31, 2022.                          Respectfully submitted,


*s/Evan Bennett Stephenson*
Evan Bennett Stephenson
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Telephone:   303.839.3800
Facsimile:    303.839.3838
Email:   estephenson@spencerfane.com

Attorneys for Defendant,
State Farm Fire and Casualty Company

3

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on May 31, 2022, I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Christopher P. Peirce**
  cpeirce@hossleyembry.com

*s/Evan Bennett Stephenson*