IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02342

GARY FOOTE,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff/Counter Defendant Gary Foote ("Foote") and Defendant/Counter Plaintiff State Farm Fire and Casualty Company( "State Farm") file this Joint Motion to Extend Discovery Deadline. In support of this Motion, the Parties respectfully show the Court the following:

## MOTION

1. Good cause exists to extend the discovery deadline in this case. "Demonstrating good cause under the rule 'requires the moving party to show that it has been diligent in attempting to meet the deadlines, which means it must provide an adequate explanation for any delay.'" *Strope v. Collins*, 315 F. App'x 57, 61 (10th Cir. 2009), quoting *Moothart v. Bell*, 21 F.3d 1499, 1504 (10th Cir. 1994). Pursuant to the Court's Minute Order (EFC No. 66) entered on June 1, 2022, the deadline for the parties to conduct outstanding depositions and related filings was August 1, 2022.

2. The parties have in good faith and diligently attempted to meet the current deadline. However, various issues have arisen causing unforeseen delays including one of State Farm's Counsel withdrawing, State Farm's designated representative being unavailable for his deposition on various dates due to surgery and other issues, as well as additional COVID-19 related illness

-2-

affecting the Parties and their Counsel which has complicated and delayed the scheduling of depositions. The parties have conferred in good faith and have agreed on scheduling outstanding depositions on September 8, 9, 14, and 20, 2022.

3.  Therefore, the Parties respectfully request a sixty-day extension of time, up to and including October 1, 2022, in which to complete outstanding depositions and related filings.

4.  No trial date has been set in this matter.

5.  This request will not prejudice any party or unduly delay these proceedings. Further, this request is in the interest of justice and fairness.

6.  The Parties agree to the relief requested in this motion.

7.  This is the third request State Farm and/or the Parties have made to extend the discovery deadline.

8.  Consistent with D.C.COLO.LCivR 6.1(c), undersigned counsel certify that a copy of this motion is being contemporaneously served upon their clients.

## **CONCLUSION**

WHEREFORE, PREMISES CONSIDERED, for the good cause shown above, the Parties respectfully request that the Court enter an order granting this Motion and permitting the parties an extension of time, up to and including October 1, 2022, in which to conduct outstanding deposition and related filings.

Dated: August 26, 2022.                    Respectfully submitted,

                                          **HOSSLEY & EMBRY, LLP**

                        By: *s/ Christopher P. Peirce*
                            Jeffrey T. Embry
                            Attorney-in-Charge
                            State Bar No. 46965
                            jeff@hossleyembry.com
                            Christopher P. Peirce
                            State Bar. No. 51921
                            cpeirce@hossleyembry.com
                            515 S. Vine Ave.
                            Tyler, Texas 75702
                            100 Fillmore St., 5th Floor Denver, CO 80206
                            Phone: (303) 385-8471
                            Fax: (303) 385-8401
                            **ATTORNEYS FOR PLAINTIFF**
                            **GARY FOOTE**

                            *s/ Evan Bennett Stephenson*
                            Evan Bennett Stephenson
                            Spencer Fane LLP
                            1700 Lincoln Street, Suite 2000
                            Denver, CO 80203
                            Telephone: 303.839.3800
                            Facsimile: 303.839.3838
                            Email: estephenson@spencerfane.com
                            ATTORNEYS FOR DEFENDANT
                            STATE FARM FIRE AND CASUALTY
                            COMPANY

## CERTIFICATE OF SERVICE

     I do hereby certify that a true and correct copy of the foregoing instrument was served on the following counsel of record in accordance with the Federal Rules of Civil Procedure on this the 26th day of August, 2022.

Evan Bennett Stephenson
Spencer Fane LLP
1700 Lincoln Street, Suite 2000 | Denver, CO 80203
O 303.839.3780
Email: Estephenson@spencerfane.com

                                                        */s/ Christopher P. Peirce*