# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02342

GARY FOOTE,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

## STATUS REPORT

Plaintiff/Counter Defendant Gary Foote ("Foote") files this Status Report in response to the Court's August 25, 2022 Order (Dkt. 70).

The deposition of State Farm's corporate representative has been delayed multiple times for various reasons (surgery(ies), Covid-19, family obligations, professional obligations, counsel leaving his firm, et cetera) as cited in the Parties' Joint Motion to Extend Deposition Deadline (Dkt. 71). The Parties have conferred, and Plaintiff served his 5th Amended Notice of Deposition for this deposition, and it is scheduled September 8, 2022. The deposition is needed to determine if there is a genuine issue of material fact as to State Farm's affirmative defenses that Plaintiff seeks partial summary judgment on. After the deposition, Plaintiff may advise the Court he no longer wishes to pursue summary judgment on one or more of the affirmative defenses. Or, conversely, the Parties may confer, and State Farm may agree to withdraw one or more of the at-issue affirmative defenses.

Pursuant to D.C.COLO.LCivR 7.1, counsel conferred with State Farm's counsel regarding the filing of a Reply and Counsel for State Farm does not oppose extending the time to file a Reply.

In light of the foregoing, Plaintiff requests a deadline of September 23, 2022 to file a Reply to the Response to the Summary Judgment or otherwise inform the Court what is no longer at issue. This request will not prejudice any party or unduly delay these proceedings. Further, this request is in the interest of justice and fairness.

Dated: August 26, 2022.   Respectfully submitted,

**HOSSLEY & EMBRY, LLP**

By: *s/ Christopher P. Peirce*
Jeffrey T. Embry
Attorney-in-Charge
State Bar No. 46965
jeff@hossleyembry.com
Christopher P. Peirce
State Bar. No. 51921
cpeirce@hossleyembry.com
515 S. Vine Ave.
Tyler, Texas 75702
100 Fillmore St., 5th Floor Denver, CO 80206
Phone: (303) 385-8471
Fax: (303) 385-8401
**ATTORNEYS FOR PLAINTIFF
GARY FOOTE**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was served on the following counsel of record in accordance with the Federal Rules of Civil Procedure on this the 29th day of August, 2022.

Evan Bennett Stephenson
Spencer Fane LLP
1700 Lincoln Street, Suite 2000 | Denver, CO 80203
O 303.839.3780
Email: Estephenson@spencerfane.com

*/s/ Christopher P. Peirce*